JUDGE GRIESA

08 CV 3622

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSHUA G. FENSTERSTOCK, an individual, on his own behalf and on behalf of all similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>EDUCATION FINANCE PARTNERS, a California corporation, and AFFILIATED COMPUTER SERVICES, INC., a Delaware Corporation,<br><br>Defendants | Civil Action No. |

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

Please enter my appearance as counsel in this case for Plaintiff, Joshua G. Fensterstock.

I certify that I am admitted to practice in this court.

Dated: New York, New York
April 15, 2008

ABBEY SPANIER RODD & ABRAMS, LLP

By: _____
Karin E. Fisch (KF-1082)
212 East 39th Street
New York, New York 10016
Telephone: (212) 889-3700
Facsimile: (212) 684-5191

Attorney for Plaintiff