**JUDGE GRIESA**          **08 CV 3622**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSHUA G. FENSTERSTOCK, an individual, on his own behalf and on behalf of all similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>EDUCATION FINANCE PARTNERS, a California corporation, and AFFILIATED COMPUTER SERVICES, INC., a Delaware Corporation,<br><br>Defendants | Civil Action No. |

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

Please enter my appearance as counsel in this case for Plaintiff, Joshua G. Fensterstock.

I certify that I am admitted to practice in this court.

Dated: New York, New York
April 15, 2008

MCLAUGHLIN & STERN, LLP

By: _Alan Sash (per O.K.)_
Alan Sash (AS-8804)
260 Madison Avenue
New York, New York 10016
Telephone: (212) 448-1100
Facsimile: (212) 448-0066

Attorney for Plaintiff