JOSHUA G. FENSTERSTOCK, ET AL.

VS.         +INDEX#08 CV 3622

EDUCATION FINANCE PARTNERS, INC., ET AL.

State of __Texas__ , County of __Dallas__ SS:

I, __Randy Shelley__ (name of server) being duly sworn deposes and says that deponent is over the age of eighteen years: Is not a party to this action and whose address is
_____(server's address).

That on the __18th__ day of __April__ ,200__8__ at __4:52__ P.M.(time of service)

Deponent served the annexed **SUMMONS IN A CIVIL CASE; CLASS ACTION COMPLAINT**,

at: __2828 N. Haskell Dallas TX__
upon **AFFILIATED COMPUTER SERVIES,INC.**
by delivering thereat a true copy to:

( ) officer: __John Willett__ as
__Senior Vice President__ (position)

( ) authorized agent_____as
_____(position)

( ) corporate counsel_____as
_____(position)

( ) other_____as
_____(position)

; a person of suitable age and discretion who was willing and authorized to accept on behalf of AFFILIATED COMPUTER SERVIES,INC.

+

Deponent describes the individual who accepted service as follows:

age:_____ sex: __M__ skin color: _Caucasian (white)_ approx. height: _5'9"_

approx. weight:_____ lbs., hair color: _Greyish (balding)_

PS4.08-111.                    SERVER     _Randy Shelley_
SWORN TO BEFORE ME THIS
_21_ DAY OF _April 2008_

_Keith Wayne Stalcup_

KEITH WAYNE STALCUP
Notary Public,
State of Texas
Comm. Exp. 08-11-11

JOSHUA G. FENSTERSTOCK, on behalf of himself
and all others similarly situated,          **SUMMONS IN A CIVIL ACTION**
                    V.

EDUCATION FINANCE PARTNERS, INC. and
AFFILIATED COMPUTER SERVICES, INC.,
                                            CASE NUMBER:

# 08 CV 3622

# JUDGE GRIESA

TO: (Name and address of Defendant)

AFFILIATED COMPUTER SERVICES, INC.
2828 North Haskell
Dallas, Texas 75204

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ABBEY SPANIAR RODD & ABRAMS, LLP
Karin E. Fisch
Orin Kurtz
212 East 39th Street
New York, New York 10016

McLAUGHLIN & STERN, LLP
Alan E. Sash
260 Madison Avenue
New York, New York 10016

4852  4/18/08

John Willett
SVP – Group Counsel
Litigation

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

APR 1 5 2008

CLERK                                       DATE