Essential Services Group
555eighth ave, Suite 1901
New York, New York 10018
tel.#212-760-2300

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSHUA G. FENSTERSTOCK, ET AL.

VS.              +INDEX#08 CV 3622

EDUCATION FINANCE PARTNERS, INC., ET AL.

---

State of <u>California</u>, County of <u>San Francisco</u>    SS:

I, <u>Peter Ruecktenwald</u> (name of server) being duly sworn deposes and says that deponent is over the age of eighteen years: Is not a party to this action and whose address is
<u>1255 Post ST., Suite 500, San Francisco, CA 94109</u>(server's address).

That on the <u>22ND</u> day of <u>April</u>, 200<u>8</u>
at <u>1:30</u> P.M.(time of service)

Deponent served the annexed **SUMMONS IN A CIVIL CASE; CLASS ACTION COMPLAINT,**

at: <u>111 Maiden Lane, 4TH Floor, San Francisco, CA 94108</u>
upon **EDUCATION FINANCE PARTNERS, INC.**
by delivering thereat a true copy to:

( ) officer:_____ as

_____(position)

( ) authorized agent_____ as

_____(position)

( ) corporate counsel_____ as

_____(position)

(x) other <u>DENISH NANDEN</u> as

<u>MANAGER</u>_____(position)
; a person of suitable age and discretion who was willing and authorized to accept on behalf of EDUCATION FINANCE PARTNERS, INC.

+

please see attached
California Jurat

28/4-110

The said premises is the location where the servee accepts service of process.

111 Maiden Lane, 4TH Floor
San Francisco, CA 94109

Deponent describes the individual who accepted service as follows:

age: 45  sex: M  skin color: dark  approx. height: 6
approx. weight: 160 lbs., hair color: black w/ gray

PS4.08-110.                    SERVER  Peter Ruecktenwald
SWORN TO BEFORE ME THIS
          DAY OF

**State of California County of**
SAN FRANCISCO
Subscribed and sworn to (or affirmed)
Before me on this 28 day of Apr, 2008, by
PETER RUECKTENWALD,
personally known to me or proved to me on
the basis of satisfactory evidence to be the
person(s) who appeared before me.
Signature _____

(Seal)

