

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSHUA G. FENSTERSTOCK, An Individual, On His Own Behalf And On Behalf Of All Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　-against-<br><br>EDUCATION FINANCE PARTNERS, A California Corporation, AND AFFILIATED COMPUTER SERVICES, INC., A Delaware Corporation,<br><br>　　　　　　　　　　Defendants. | 08-CV-3622 (TPG)<br><br>**STIPULATION**<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 5/26/08 |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the time for defendant, AFFILIATED COMPUTER SERVICES, INC., to answer, move or otherwise respond to the Complaint in this action is extended to and including May 30, 2008.

Dated:　　New York, New York
　　　　　May 21, 2008

ABBEY SPANIER RODD ABRAMS
& ~~PARADIS~~, LLP
Attorneys for Plaintiff
213 East 39th Street
New York, New York 10016
(212) 889-3700

By: _____
　　Orin R. Kurtz (OK-7334)

HINSHAW & CULBERTSON LLP
Attorneys for Defendant AFFILIATED
　COMPUTER SERVICES, INC.
780 Third Avenue, 4th Floor
New York, New York 10017
(212) 471-6200

By: _____
　　Concepcion A. Montoya (CM-147)

SO ORDERED:

_____
Thomas P. Griesa, U.S.D.J.