Edward K. Lenci (EL 3207)
HINSHAW & CULBERTSON LLP
780 Third Avenue, 4th Floor
New York, New York 10017
212-471-6200
*Attorneys for Affiliated Computer Services, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JOSHUA G. FENSTERSTOCK, an individual,
on his own behalf and on behalf of
all similarly situated,

                        Plaintiff,

      -against-

EDUCATION FINANCE PARTNERS, a
California Corporation, and AFFILIATED
COMPUTER SERVICES, INC.,
a Delaware Corporation,

                     Defendants.
-------------------------------------------------------------------X

Case No. 08 Civ. 3622 (TPG)

**NOTICE OF MOTION TO
COMPEL ARBITRATION
AND FOR A STAY**

      **PLEASE TAKE NOTICE** that upon the annexed Declaration of Edward K. Lenci, dated June 5, 2008, the exhibits attached thereto, and the accompanying memorandum of law, defendant Affiliated Computer Services, Inc. ("ACS") will move this Court, before the Honorable Thomas P. Griesa, at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, pursuant to 9 U.S.C. §§3, 4, for an Order compelling Plaintiff to arbitrate his claims pursuant to the arbitration provisions of the Note and staying the instant matter pending completion of arbitration.

31028412v1 889105

Dated: New York, New York
      June 5, 2008

Respectfully submitted,

HINSHAW & CULBERTSON LLP

By: _____
Edward K. Lenci (EL 3207)
A Member of the Firm

780 Third Avenue
New York, New York 10017
212-471-6200
*Attorneys for Affiliated Computer Services, Inc.*

To:   Abbey Spanier Rodd & Abrams, LLP
       212 E. 39th Street
       New York, New York 10016
       (212) 889-3700
       *Attorneys for Plaintiff*

31028412v1 889105