UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

JOSHUA G. FENSTERSTOCK, an individual,
on his own behalf and on behalf of
all similarly situated,

Case No. 08 Civ. 3622 (TPG)

                              Plaintiff,

          -against-

EDUCATION FINANCE PARTNERS, a
California Corporation, and AFFILIATED
COMPUTER SERVICES, INC.,
a Delaware Corporation,

                              Defendants.
--------------------------------------------------------------X

**RULE 7.1 STATEMENT OF
DEFENDANT AFFILIATED
COMPUTER SERVICES,
INC.**

          Defendant Affiliated Computer Services, Inc., by and through its attorneys, Hinshaw &

Culbertson LLP, makes the following disclosure pursuant to Rule 7.1: none.

Dated: New York, New York
          June 5, 2008

                              Respectfully submitted,

                              HINSHAW & CULBERTSON LLP

                              By: _____
                                   Edward K. Lenci (EL 3207)

                              780 Third Avenue
                              New York, New York 10017
                              212-471-6200

31028447v1 889105