UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOSHUA G. FENSTERSTOCK, an individual,   Case No. 08 Civ. 3622 (TPG)
on his own behalf and on behalf of
all similarly situated,

                        Plaintiff,   **CERTIFICATE OF SERVICE**
       -against-

EDUCATION FINANCE PARTNERS, a
California Corporation, and AFFILIATED
COMPUTER SERVICES, INC.,
a Delaware Corporation,

                       Defendants.
-----------------------------------------------------------------X

       The undersigned certifies that on June 6, 2008, the foregoing NOTICE OF MOTION TO COMPEL ARBITRATION AND FOR A STAY, DECLARATION OF EDWARD K. LENCI (w/Exhibits), MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT AFFILIATED COMPUTER SERVICES, INC.'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS IN THIS CASE, and RULE 7.1 STATEMENT OF DEFENDANT AFFILIATED COMPUTER SERVICES, INC. was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system and Regular U.S. Mail upon the following named counsel of record:

Abbey Spanier Rodd & Abrams, LLP
212 E. 39th Street
New York, New York 10016
(212) 889-3700
*Attorneys for Plaintiff*


and by Regular U.S. Mail only upon the following named counsel of record:

Noah A. Levine
WilmerHale
399 Park Avenue, 31st Floor
New York, New York 10022
(212) 230-8800
*Attorneys for Education Finance Partners*


                                                _____
                                                SUZY KIM