UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

                                              Plaintiff,

        -against-                                        ____CIVIL_____(    )

                                           Defendant.
------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __EDWARD KEVIN LENCI__

☑ *Attorney*

    ☑ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: __EL3207__

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☐ *Law Firm/Government Agency Association*

    From: _____

    To: _____

    ☐ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

☑ *Address:* __HINSHAW & CULBERTSON LLP, 780 THIRD AVENUE, NEW YORK, NY 10017__

☑ *Telephone Number:* __(212) 471 6212__

☑ *Fax Number:* __(212) 935 1166__

☑ *E-Mail Address:* __ELENCI@HINSHAWLAW.COM__

Dated: __6/10/08__             __/s/ Lenci__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

                          Plaintiff,

        -against-                                     ____CIVIL_____(    )

                          Defendant.
-----------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:  __EDWARD KEVIN LENCI__

☑ *Attorney*

    ☑ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
        __EL3207__

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☐ *Law Firm/Government Agency Association*

    From: _____

    To: _____

    ☐ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

☑ *Address:* ~~HINSHAW & CULBERTSON LLP~~ 780 THIRD AVENUE, NEW YORK, NY 10017

☑ *Telephone Number:* (212) 471 6212

☑ *Fax Number:* (212) 935 1166

☑ *E-Mail Address:* ELENCI@HINSHAWLAW.COM

Dated: 6/10/08      _/s/ E. Lenci_