UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSHUA G. FENSTERSTOCK,<br><br>              Plaintiff,<br><br>      v.<br><br>EDUCATION FINANCE PARTNERS, and<br>AFFILIATED COMPUTER SERVICES, INC.<br>            Defendants. | Civil Action No. 08-3622<br><br>**Notice of Appearance** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**:

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance as counsel in this action for Defendant Education Finance Partners. I certify that I am admitted to practice in this court.

Dated: New York, New York
       June 16, 2008

                                                   Respectfully submitted,

                                                   WILMER CUTLER PICKERING HALE
                                                    AND DORR LLP

                                                   s/ Noah A. Levine
                                                   Noah A. Levine
                                                   399 Park Avenue
                                                   New York, NY 10022
                                                   (212) 230-8800
                                                   (212) 230-8888 (fax)