UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| JOSHUA G. FENSTERSTOCK, | : | Civil Action No. 08-CV-3622-TPG |
| Plaintiff, | : | |
| v. | : | **RULE 7.1.1 STATEMENT OF DEFENDANT EDUCATION FINANCE PARTNERS** |
| EDUCATION FINANCE PARTNERS, and AFFILIATED COMPUTER SERVICES, INC., | : : | |
| Defendants. | : | |

---

Defendant Education Finance Partners ("EFP"), by and through its attorneys, states:

(1) EFP has no parent corporation; and (2) Morgan Stanley & Co owns 10% or more of the stock of EFP.

Respectfully submitted,

Dated: June 16, 2008        By:   /s/ Noah A. Levine
      New York, New York
                                            Noah A. Levine
                                            WILMER CUTLER PICKERING HALE AND DORR LLP
                                            399 Park Avenue
                                            New York, NY 10022
                                            Tel: 212-230-8800
                                            Fax: 212-230-8888
                                            noah.levine@wilmerhale.com

                                            Michelle Ognibene
                                            WILMER CUTLER PICKERING HALE AND DORR LLP
                                            1875 Pennsylvania Avenue, NW
                                            Washington, DC 20006
                                            Tel: 202-663-6807
                                            Fax: 202-663-6363
                                            michelle.ognibene@wilmerhale.com

                                            Attorneys for Defendant
                                            Education Finance Partners