GRIESA, S.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSHUA G. FENSTERSTOCK, an individual, on his own behalf and on behalf of all similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>EDUCATION FINANCE PARTNERS, a California corporation, and AFFILIATED COMPUTER SERVICES, INC., a Delaware Corporation,<br><br>Defendants | Civil Action No. 08-cv-3622 (TPG)<br><br>STIPULATION |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 18, 2008

It is hereby STIPULATED AND AGREED, by and between the undersigned, that the time for plaintiff JOSHUA G. FENSTERSTOCK to file and serve his opposition to the Motion to Compel Arbitration and for a Stay, filed by defendant AFFILIATED COMPUTER SERVICES, INC. ("ACS"), on June 5, 2008 is extended to July 21, 2008.

It is further STIPULATED AND AGREED that ACS shall file and serve its reply on August 4, 2008, unless additional time is needed.

Dated: New York, New York
June 16, 2008

ABBEY SPANIER RODD
& ABRAMS, LLP

By: _____
Orin Kurtz (OK-7334)
212 East 39th Street
New York, New York 10016
Telephone: (212) 889-3700
Facsimile: (212) 684-5191

Attorneys for Plaintiff

HINSHAW & CULBERTSON LLP

By: _____
Concepcion A. Montoya (CM-7147)
780 Third Avenue, 4th Floor
New York, New York 10017
Telephone: 212-471-6200
Facsimile: 212-935-1166

Attorneys for Defendant Affiliated Computer Services, Inc.

SO ORDERED:

_____ 6/16/08
U.S.D.J.

6/17/08   Part I