**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

JOSHUA G. FENSTERSTOCK,

               Plaintiff,

        v.

EDUCATION FINANCE PARTNERS, and
AFFILIATED COMPUTER SERVICES, INC.
               Defendants.

---

Civil Action No. 08-3622

**Notice of Appearance**

---

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that the undersigned hereby enters her appearance as counsel in this

action for Defendant Education Finance Partners.  I certify that I am admitted to practice in this

court.

Dated: New York, New York
       July 16, 2008

                    Respectfully submitted,

                    WILMER CUTLER PICKERING HALE
                     AND DORR LLP

                    s/ Michelle Ognibene
                    Michelle Ognibene (MO-4036)
                    1875 Pennsylvania Avenue NW
                    Washington, DC 20006
                    (202) 663-6807
                    (202) 663-6363 (fax)