Karin E. Fisch (KF 1082)
Orin Kurtz (OK 7334)
Abbey Spanier Rodd & Abrams, LLP
212 East 39th Street
New York, New York 10016
212.889.3700

Alan E. Sash (AS 8804)
McLaughlin & Stern, LLP
260 Madison Avenue
New York, New York 10016
212.448.1100

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

JOSHUA G. FENSTERSTOCK, an individual,          Case No. 08 Civ. 3622 (TPG)
on his own behalf and on behalf of all
similarly situated,

                          Plaintiff,

        -against-

EDUCATION FINANCE PARTNERS, a
California Corporation, and AFFILIATED
COMPUTER SERVICES, INC., a Delaware
Corporation,

                          Defendants.

--------------------------------------------------------x

## DECLARATION OF ORIN KURTZ IN OPPOSITION TO DEFENDANT AFFILIATED COMPUTER SERVICES, INC.'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS IN THIS CASE

I, Orin Kurtz, hereby declare, under the penalties of perjury of the United States of America and the State of New York, as follows:

1.      I am an associate at the law firm of Abbey Spanier Rodd & Abrams, LLP, one of the firms representing plaintiff Joshua G. Fensterstock ("Plaintiff") in the above-referenced action. I respectfully submit this declaration in opposition to the motion of Defendant Affiliated Computer Services, Inc. ("ACS") to compel arbitration and stay the instant proceedings.

2.      Attached to this Declaration as Exhibit A is a true and correct copy of the notification sent to Plaintiff by ACS on August 29, 2006, after Plaintiff entered into his Loan and Promissory Note with Defendant Education Finance Partners.

Executed this 21st day of July, 2008, New York, New York.

Orin Kurtz (OK 7334)

# EXHIBIT A

801-0900293

**A C S'**

Any correspondence other than payments should be
sent to the address listed on the back of this statement.

Page   1 of   1

| ACCOUNT STATEMENT | Account # |
|---|---|

Statement Date:   08/29/06

| | | | |
|---|---|---|---|
| NAME | FENSTERSTOCK, JOSHUA G | INTEREST RATE | 9.320 |
| ORIGINAL LOAN AMOUNT | $52,915.49 | INTEREST ACCRUED THROUGH  07/31/06 | $0.00 |
| SCHOOL REFUND | $0.00 | LOAN TYPE      EFPPC LOAN STATUS   Payout | |
| CAPITALIZED INTEREST | $0.00 | LAST ENROLLED AT HOFSTRA UNIVERSITY | |
| TOTAL PRINCIPAL PAID | $0.00 | EXPECTED/ACTUAL SEPARATION DATE | 08/21/06 |
| TOTAL INTEREST PAID | $0.00 | DEFERMENT/FORBEARANCE EXPIRATION DATE | |
| TOTAL LATE CHARGES PAID | $0.00 | FIRST/NEXT INSTALLMENT | 10/14/06 |
| OUTSTANDING PRINCIPAL BALANCE | $52,915.49 | CURRENT DUE AMOUNT | $0.00 |
| LAST PAYMENT APPLIED  00/00/00 | $0.00 | PAST DUE AMOUNT | $0.00 |
| PRINCIPAL PAID  $0.00  INTEREST PAID | $0.00 | LATE CHARGES DUE | $0.00 |
| LATE CHARGES PAID | $0.00 | TOTAL AMOUNT DUE | $0.00 |

If your enrollment information is incorrect and your enrollment, on at least a 1/2 (half) time basis,
can be certified beyond the date(s) listed above, please provide the following information:

NAME OF SCHOOL OF ATTENDANCE

DATE OF ATTENDANCE
FROM: (MM/DD/YY)                              TO: (MM/DD/YY)

If any other information is not correct, please contact us.  Otherwise, no action is required.

| IMPORTANT MESSAGE -- PLEASE READ |
|---|

CONU

ACS provides a Student Loan Billing Service to ED FIN PARTNRS, the current owner of your loan(s). We
will be working with them and with you as you repay your student loan.

This account statement reflects information on your account as of AUGUST 29, 2006.

This communication is related to collection of a debt and any information obtained will be used for
that purpose. Unless you notify this office within 30 days after receiving this notice that you
dispute the validity of this debt, or any portion thereof, this debt will be assumed valid. If you
notify this office in writing within 30 days from receiving this notice this office will obtain
verification of the debt and mail a copy of such to you.

**A C S'**

P.O. BOX 7051
UTICA, NY 13504-7051

Address or Phone Number change?
Check box and write your new address
and/or phone number on back and send
this page to our return address.

CONU OH168Q                           060829

FENSTERSTOCK, JOSHUA G

2955 LONNI LANE
MERRICK, NY 11566

BL032S