# AFFIDAVIT OF SERVICE

STATE OF NEW YORK            )
                                                 ) ss.:

COUNTY OF NEW YORK      )

I, Carolyn Davila, being duly sworn, deposes and says:

1. I am not a party to the action, over the age of 18 years, and am a legal secretary with the firm of Abbey Spanier Rodd & Abrams, LLP, 212 East 39th Street, New York, New York 10016, attorneys for plaintiffs.

2. On July 21, 2008, I caused a copy of the accompanying:

PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT AFFILIATED COMPUTER SERVICES, INC.'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS IN THIS CASE

DECLARATION OF ORIN KURTZ IN OPPOSITION TO DEFENDANT AFFILIATED COMPUTER SERVICES, INC.'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS IN THIS CASE

AFFIDAVIT OF SERVICE

to be served upon the following persons/entities listed on the attached service list by the ECF filing rules.

_____
Carolyn Davila

Sworn to before me this
21st day of July, 2008

_____
Notary Public

Orin Kurtz
Notary Public State of New York
No. 02KU6134529
Qualified in Kings County
Commission expires October 11, 2009

## SERVICE LIST

Conception A. Montoya, Esq.
cmontoya@hinshawlaw.com
Edward K. Lenci, Esq.
elenci@hinshawlaw.com
HINSHAW & CULBERTSON, LLP
780 Third Avenue, 4th floor
New York, New York 10022
(212) 471-6200
Fax: (212) 935-1166

Attorneys for Defendant Affiliated Computer Services, Inc.

Noah A. Levine, Esq.
noah.levine@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
399 Park Avenue
New York, New York 10022
(212) 230-8800
Fax: (212) 230-8888

Attorneys for Defendant Education Finance Partners