UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSHUA G. FENSTERSTOCK, an individual, on his own behalf and on behalf of all similarly situated,<br><br>                        Plaintiff,<br>    -against-<br><br>EDUCATION FINANCE PARTNERS, a California Corporation, and AFFILIATED COMPUTER SERVICES, INC., a Delaware Corporation,<br><br>                        Defendants. | Case No. 08 Civ. 3622 (TPG)<br><br>**CERTIFICATE OF SERVICE** |

      The undersigned certifies that on August 4, 2008, the foregoing **REPLY MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT AFFILIATED COMPUTER SERVICES, INC.'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS** was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following named counsel of record:

Abbey Spanier Rodd & Abrams, LLP
212 E. 39th Street
New York, New York 10016
(212) 889-3700
*Attorneys for Plaintiff*

Noah A. Levine
WilmerHale
399 Park Avenue, 31st Floor
New York, New York 10022
(212) 230-8800
*Attorneys for Education Finance Partners*

_____
Alfrad Johnson-Ragins

31028464v1 68079