UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSHUA G. FENSTERSTOCK, an individual, on his own behalf and on behalf of all similarly situated, ,<br><br>        Plaintiff,<br><br>    -against-<br><br>XEROX BUSINESS SERVICES, LLC, s/h/I as AFFILIATED COMPUTER SERVICES, INC.,<br><br>        Defendant. | Docket No. 08-Civ.3622 (TPG)<br><br>**STIPULATION OF DISCONTINUANCE AND DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for plaintiff, JOSHUA G. FENSTERSTOCK, and for defendant, XEROX BUSINESS SERVICES, LLC, sued herein as AFFILIATED COMPUTER SERVICES, INC., as well as for XEROX EDUCATION SERVICES, LLC, that this action is dismissed and discontinued with prejudice, and each side is to bear its own costs and attorneys' fees; except that the Court shall retain jurisdiction solely for purposes of enforcing the parties' settlement.

Dated:    New York, New York
             October    , 2013

| | |
|---|---|
| ABBEY SPANIER, LLP<br>*Attorney for Plaintiff*<br><br>By: _____<br>    Karin E. Fisch (KF 1082)<br><br>212 East 39th Street<br>New York, New York 10016<br>T: (212) 889-3700 | HINSHAW & CULBERTSON LLP<br>*Attorneys for Defendant Xerox Business Services, LLC and Xerox Education Services, LLC*<br><br>By: _____<br>    Edward K. Lenci (EL 3207)<br><br>800 Third Avenue, 13th Floor<br>New York, New York 10022<br>T: (212) 471-6200 |

SO ORDERED: _____
                            U.S.D.J.