Gruesa, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSHUA G. FENSTERSTOCK, an individual, on his own behalf and on behalf of all similarly situated, , <br><br> Plaintiff, <br><br> -against- <br><br> XEROX BUSINESS SERVICES, LLC, s/h/i as AFFILIATED COMPUTER SERVICES, INC., <br><br> Defendant. | Docket No. 08-Civ.3622 (TPG) <br><br> STIPULATION OF DISCONTINUANCE AND DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for plaintiff, JOSHUA G. FENSTERSTOCK, and for defendant, XEROX BUSINESS SERVICES, LLC, sued herein as AFFILIATED COMPUTER SERVICES, INC., as well as for XEROX EDUCATION SERVICES, LLC, that this action is dismissed and discontinued with prejudice, and each side is to bear its own costs and attorneys' fees; except that the Court shall retain jurisdiction solely for purposes of enforcing the parties' settlement.

Dated:   New York, New York
         October    , 2013

ABBEY SPANIER, LLP
*Attorney for Plaintiff*

By: _____
     Karin E. Fisch (KF 1082)

212 East 39th Street
New York, New York 10016
T: (212) 889-3700

HINSHAW & CULBERTSON LLP
*Attorneys for Defendant Xerox Business Services, LLC and Xerox Education Services, LLC*

By: _____
     Edward K. Lenci (EL 3207)

800 Third Avenue, 13th Floor
New York, New York 10022
T: (212) 471-6200

SO ORDERED: /s/ Thomas P. Griesa
                    U.S.D.J.

11/8/13

130649305v1 0889105

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11|8|2013